**Winfield Dacost SPEEDE, Plaintiff–Appellant,**

v.

**Barbra GIBSON, Supervisor, Defendant–Appellee.**

**No. 01–7919.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Winfield Dacost Speede, pro se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Winfield Dacost Speede appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See*

*Speede v. Gibson,* No. CA–01–526 (E.D.Va. Oct. 29, 2001). We deny Speede's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*